```
DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 18-21031-E-13C |
| | DCN: DPC-1 |
| MICHAEL J. CIAPESSONI, | TRUSTEE'S OBJECTION TO CONFIRMATION |
| | DATE:　　MAY 15, 2018 |
| | TIME:　　3:00 P.M. |
| | JUDGE:　　SARGIS |
| Debtor(s) | COURTROOM:　33 |

　　　　DAVID P. CUSICK, TRUSTEE, objects to confirmation of the Debtor(s) plan and does not recommend its confirmation.

　　　　The Trustee objects to confirmation as:

　　　　1. **DELINQUENCY.** The Debtor is $2,472.21 delinquent in plan payments to the Trustee to date and the next scheduled payment of $2,472.21 is due on April 25, 2018. The case was filed on February 23, 2018, and the Plan in §1.01 calls for payments to be received by the

Trustee not later than the 25th day of each month beginning the month after the order for relief under Chapter 13. The Debtor has paid $0.00 into the Plan to date.

    2. **BUSINESS DOCUMENTS.** Schedule I, line8a reflects that the Debtor receives business income in the amount of $2,312.51 per month. The Debtor has failed to provide the Trustee with 6 months of bank statements as requested.

    3. **BEST EFFORT.** The Plan may not be debtors best effort, under 11 U.S.C. § 1325(b). The Debtor is over the median income. Debtor proposes to pay $2,445.00 per month for 60 months with a guaranteed dividend of 100% to general unsecured claims. The Debtor's projected disposable monthly income listed on Schedule J totals $3,384.00 and the Debtor is proposing a plan payment of only $2,445.00. If all disposable income is contributed toward the plan, Debtor's plan will complete in approximately 27 months opposed to 60 months.

    The Debtor's 2017 tax returns reflect that the Debtor received a refund of $5,349.00 from Federal and $1,929.00 from the State. The Debtor has failed to propose to pay the tax refunds into the Plan.

    WHEREFORE the movant prays that the Court enter an order denying confirmation of the Debtor(s) plan.

Dated:    APRIL 4, 2018

                                                   Talvinder S. Bambhra, Attorney for Trustee