Richard Morin SBN 285275   [Name; State Bar ID No.]
555 Capitol Mall #750   [Address]
Sacramento, CA 95814
(916) 333-2222   [Telephone]

Attorney for Debtor/Debtor *In Propria Persona*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:                              ) Case No. 18-21031-E-13C
Michael Joseph Ciapessoni           )
                                    )
                                    )
                                    )
            Debtor.                 )

## ORDER CONFIRMING PLAN

The Chapter 13 plan filed on __02/23/2018__ of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;
2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and
3. The debtor shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount of $ __4,000.00__ are approved, $ __1,640.00__ of which was paid prior to the filing of the petition. The balance of $ __2,360.00__, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.
///
///
///
///
///

EDC 3-081 (effective 5/1/2012)　　　　　　　　　　Page 1 of 2

RECEIVED
April 24, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006266073

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows:

Debtor shall surrender to the Chapter 13 Trustee State and Federal tax refunds in excess of $2,000 in any year during the duration of this plan.

///

Dated: April 24, 2018

By the Court

_____
Ronald H. Sargis, Judge
United States Bankruptcy Court

///
///
///
///
///
///
///
///

_____ 04-24-18
Approved by the Chapter 13
Trustee as to form.